1  JOHN H. BRINK  BAR NO. 28018
   KATHRYN E. VAN HOUTEN BAR NO. 143402
2  IRSFELD, IRSFELD & YOUNGER LLP
   100 W. Broadway, Ste. 900
3  Glendale, CA 91210
   Telephone:  (818) 242-6859
4  Facsimile:  (818) 240-7728

5  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    Plaintiff,    v.  DENISE M. MCLAUGHLIN KEARNEY,    Defendant. | CASE NO.: CV 11-03444  CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, DENISE M. MCLAUGHLIN KEARNEY, in the total amount of $4,768.32.

Dated:  9/20/2011

TERRY NAFISI, CLERK
United States District Court
Central District of California

A. Martinez
By: Deputy Clerk

1