JOHN H. BRINK  BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone:  (818) 242-6859
Facsimile:  (818) 240-7728

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DENISE M. MCLAUGHLIN KEARNEY,<br><br>    Defendant. | CASE NO.: CV 11-03444<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, DENISE M. MCLAUGHLIN KEARNEY, in the total amount of $4,768.32.

Dated: 9/20/2011

TERRY NAFISI, CLERK
United States District Court
Central District of California


A. Martinez
By: Deputy Clerk

1